AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count One: 8 U.S.C. § 1324(a)(1)(A)(iii) - Alien Harboring

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment and $609,840.00 forfeiture.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
JUL 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

─── DEFENDANT - U.S. ───
▶ IN SOOK HA, a/k/a Sister Park, a/k/a Park Unma, a/k/a Pak

DISTRICT COURT NUMBER
CR 08   0433 MMC

─── DEFENDANT ───

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.
3-06-70746 JCS

Name and Office of Person Furnishing Information on this form: JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): P. AXELROD/L. BEELER

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
   3-06-70746 JCS

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 9, 2008, 9:30 a.m.   Before Judge: Maria-Elena James

Comments:

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

**FILED**

JUL - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08 0433 |
| Plaintiff, | VIOLATION: 8 U.S.C. § 1324(a)(1)(A)(iii) – Alien Harboring; 18 U.S.C. § 982(a)(6)(A) – Criminal Forfeiture |
| v. | |
| IN SOOK HA,<br>a/k/a Sister Park,<br>a/k/a Park Onni,<br>a/k/a Park, | SAN FRANCISCO VENUE |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

COUNT ONE: (8 U.S.C. § 1324(a)(1)(A)(iii) – Alien Harboring)

1. On or about June 30, 2005, in the Northern District of California, the defendant,

IN SOOK HA,
a/k/a Sister Park,
a/k/a Park Onni,
a/k/a Park,

knowingly and in reckless disregard of the fact that an alien came to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection that alien, Jane Doe 1, in Lee's Oriental Massage, 1284 Mission Street, San Francisco, California.

All in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(iii).

\\

INFORMATION

FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(6)(A))

2. The allegations contained in Count One of this Information are realleged as though fully set forth herein.

3. As a result of the offense alleged in Count One, above, the defendant

>IN SOOK HA,
>a/k/a Sister Park,
>a/k/a Park Onni,
>a/k/a Park,

shall forfeit to the United States all property constituting, or derived from, said offense.

4. If, as a result of any act or omission of the defendant, any of said property

 a. cannot be located upon the exercise of due diligence,

 b. has been transferred or sold to, or deposited with, a third person,

 c. has been placed beyond the jurisdiction of the Court,

 d. has been substantially diminished in value, or

 e. has been commingled with other property that cannot be divided without difficulty,

the defendant shall forfeit any and all interest that the defendant has in any other property, not to exceed the value of the property subject to forfeiture under this provision.

DATED: 6/25/08

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____)
AUSA Axelrod
AUSA Beeler

INFORMATION 2