JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6774
    Facsimile: (415) 436-7234
    E-Mail: Peter.Axelrod@usdoj.gov
           Laurel.Beeler@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00395 CRB |
| | ) | [Filed June 23, 2005] |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YOUNG JOON YANG, et al., | ) | |
| | ) | |
| Defendants | ) | |
| ———————————————— | ) | No. CR 08-0433 MMC |
| UNITED STATES OF AMERICA, | ) | [Filed July 2, 2008] |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' NOTICE OF |
| v. | ) | RELATED CASE IN A CRIMINAL |
| | ) | ACTION |
| IN SOOK HA, | ) | |
|     a/k/a Sister Park, | ) | (San Francisco Venue) |
|     a/k/a Park Onni, | ) | |
|     a/k/a Park, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

    The United States hereby notifies the Court that the two above-captioned criminal cases are related, pursuant to Criminal Local Rule 8-1.

RELATED CASE NOTICE
[CR 05-00395 CRB, CR 08-0433 MMC]

## I.  DESCRIPTION OF CASES

**1.    United States v. Young Joon Yang et al., CR 05-00395 CRB**

On June 23, 2005, a grand jury returned an indictment against 29 people in United States v. Young Joon Yang et al., CR 05-00395 CRB (hereinafter Yang Indictment), which arises from the Gilded Cage investigation.[1]  The investigation related to, inter alia, alien harboring associated with prostitution at various Bay Area massage parlors, including Lee's Oriental Massage.

**2.    United States v. In Sook Ha, CR 08-0433 MMC**

On July 2, 2008, the United States Attorney's Office file a single-count information against In Sook Ha in United States v. In Sook Ha, CR 08-0433 MMC.  The information charges Ha with alien harboring, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), at Lee's Oriental Massage, and it is based on the same Gilded Cage investigation which resulted in the Yang indictment.  The United States has filed the information as part of an anticipated plea in this matter.

## II.  RELATIONSHIP OF THE CASES

Local Rule 8-1(b) defines cases as related in where "[b]oth actions appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges."  Here, the cases are related under this provision for a number of reasons.  First, both cases emanate from the same investigation, Gilded Cage, based on some of the same evidence and involving many of the same witnesses.  Further, having presided over related cases encompassing over 35 defendants from Gilded Cage, Judge Breyer is familiar with the facts and circumstances of that investigation.  Moreover, because the parties anticipate a negotiated disposition and Judge Breyer has handled all of the pleas and sentencings in this matter, it would likely entail a substantial duplication of labor for another judge to get up to speed in the matter and it might result in conflicts in the record.  Thus,

---

[1]  Since the Yang indictment, the Court has related eight other cases before Judge Breyer (U.S. v. Moore et al., CR 05-00447; U.S. v. Chang Kun Kim, CR 05-00613; U.S. v. Pang et al., CR 06-0101; U.S. v. Lau, CR 06-192; and U.S. v. Imsang Lee, CR 07-0735; U.S. v. Yong Sun Austin, CR 08-00056; U.S. v. Clifford Wong et al., CR 08-00288; and U.S. v. Janey Tam, CR 08-0425) arising from the same investigation, Operation Gilded Cage.

RELATED CASE NOTICE
[CR 05-00395 CRB, CR 08-0433 MMC]                2

1    the government believes that assignment of the two matters to a single judge is likely to conserve

2    judicial resources and promote the efficient administration of justice.

3

4    Date:   July 2, 2008                    Respectfully Submitted,

5                                            JOSEPH P. RUSSONIELLO

6

7                                             /s/ Peter B. Axelrod

8                                            PETER B. AXELROD
                                             LAUREL BEELER
9                                            Assistant U.S. Attorneys

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28