AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

NORTHERN _____ DISTRICT OF CALIFORNIA

FILED
JUL 0 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

IN SOOK HA

## WAIVER OF INDICTMENT

CASE NUMBER: 08-0433 MMC

I, IN SOOK HA _____, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/9/08 _____ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer