| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

**FILED**
JUL - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: **July 09, 2008**

Reporter: **Connie Kuhl**

Case No: **CR-08-0433-CRB**         DEFT: **IN SOOK HA**
(X)Present

AUSA: **Pete Axelrod**         DEF ATTY: **Peter Goodman**
Korean Interpreter: **Ted Kim**

**REASON FOR HEARING** Change of Plea/Sentencing

**RESULT** Defendant placed under oath, enters a plea of guilty to the information. The Court accepts the plea and the defendant is adjudged guilty. All parties waive the preparation of the pre sentence report, the Court proceeds into sentencing. Order of forfeiture and entry of forfeiture judgment signed in open court.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for** _____

**JUDGMENT** five (5) years probation under the standard and additional conditions set forthwith. Home confinement with electronic monitoring for a period of six (6) months. Assessment fee: $100.00 due immediately; Fine is waived; Forfeiture: $609,840.00

Notes: _____