07/15/2008 06:40 PM EST                                                                                       Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN308CR000433 | | | | | | | |
| 001 | IN SOOK HA | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611021116 | 1 | PR | 100.00 | 07/09/2008 |
| | | | | | | Division Payment Total | | | 100.00 | |
| | | | | | | Grand Total | | | 100.00 | |

FILED
JUL 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$ 100.00  SPECIAL ASSESSMENT
          PAID IN FULL
          on 7-9-08

CR 08-433 CRB

Page 1 of 1